1046

[No. 14282-8-I. Division One. August 11, 1986.]

*In the Matter of the Marriage of* CHARLES F. WINTER, *Appellant, and* JACQUELINE H. WINTER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-3-06127-5, David C. Hunter, J., entered December 30, 1983. *Affirmed in part* and *remanded* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Johnsen, J. Pro Tem.

[No. 16129-6-I. Division One. August 11, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JON O. BECKER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 131149RO1, Stuart C. French, J., entered February 1, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Williams, J.

[No. 15963-1-I. Division One. August 11, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MARC GEORGE RHODES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-8-03258-0, Stephen M. Gaddis, J. Pro Tem., entered January 11, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Webster and Pekelis, JJ.